## APPEALS OF C. R. GOUDIE, L. R. GOUDIE, AND G. A. GOUDIE.

Docket Nos. 2147–2149. Submitted November 14, 1925. Decided February 19, 1926.

*Phil D. Morelock* and *Dudley Doolittle, Esqs.*, for the taxpayers.
*A. H. Fast, Esq.*, for the Commissioner.

Before STERNHAGEN, LANSDON, and ARUNDELL.

These appeals are from determinations of deficiencies in income taxes for the year 1919, in the respective amounts of $866.76, $890, and $811.95. They arise from the same state of facts. Counsel for the parties stipulated that they might be heard and decided together. In each appeal the single error pleaded is the inclusion in taxable income of an alleged liquidating dividend of a corporation of which the petitioners were stockholders. No evidence was offered at the hearing. The taxpayers rely on the Commissioner's admissions in his answers to the allegations of fact in the petitions.

### FINDINGS OF FACT.

The taxpayers were stockholders of the Carnie-Goudie Manufacturing Co. during the taxable year. On September 20, 1917, the Oil Belt Tent Co. was organized. The money invested in the latter was obtained from a bank on the credit of the first-named company. All the shares of the Oil Belt Tent Co. were issued to the stockholders of the Carnie-Goudie Manufacturing Co. in proportion to their ownership of stock in that corporation. The Oil Belt Tent Co. had certain Government contracts. It operated during the remainder of 1917, after its incorporation, and during a part of 1918, and accumulated a surplus of $16,372.67. When it was liquidated in 1919, such surplus, in the amount of $16,372.67, disclosed by its trial balance, was amalgamated with the surplus of the Carnie-Goudie Manufacturing Co.

### DECISION.

The determinations of the Commissioner are approved.

---

## APPEAL OF REUBEN ROSENBERG.

Docket No. 4671. Submitted December 15, 1925. Decided February 19, 1926.

*Samuel P. Garman, Esq.*, for the taxpayer.
*L. C. Mitchell, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

This is an appeal from the determination of a deficiency in income tax for the year 1919 amounting to $2,904.18. The deficiency results from a reduction by the Commissioner of the March 1, 1913, value of real estate, sold during the taxable year, below that reported by the taxpayer.

### FINDINGS OF FACT.

The taxpayer during 1911 purchased real estate located on the southwest corner of Homan Avenue and Roosevelt Road, in the City of Chicago. It consisted of a lot having 75 feet frontage on Roosevelt Road and 167 feet on Homan Avenue, running to an alley, on which was located a three-story building, consisting of a basement, seven 4-room apartments, six 6-room apartments, eleven 5-room apartments, and two stores. The taxpayer purchased this property at a price which can not be fixed definitely but which was between $73,000 and $76,000 from the original builder, who was at that time in straightened circumstances and who sacrificed it for cash to save his other holdings.

The taxpayer, during the year 1919, sold the property for $110,-000. Some changes in the building had been made during the time the taxpayer owned it. The taxpayer estimated the March 1, 1913, value of the property to be $110,000 in his income-tax return for 1919.

The Commissioner determined the March 1, 1913, value of the property to be $100,000, and, from the evidence before us, we find that amount to be correct.

### DECISION.

The determination of the Commissioner is approved.

---

APPEAL OF MRS. T. C. THOMPSON, EXECUTRIX OF THE ESTATE OF T. C. THOMPSON.

Docket No. 5280.   Submitted December 5, 1925.   Decided February 19, 1926.

*Oscar W. Underwood, Jr.,* and *H. C. Kilpatrick, Esqs.,* for the taxpayer.
*Frank T. Horner, Esq.,* for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

This is an appeal from the determination of a deficiency in estate tax under the Revenue Act of 1921, amounting to $5,343.21. The